

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2022

No. 04-22-00357-CV

**IN THE INTEREST OF L.R.R. AND A.P.R.**, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00430
Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

On May 13, 2022, the trial court signed an order terminating Appellant's parental rights to her children L.R.R. and A.P.R. A notice of appeal was due on June 2, 2022; a motion for extension of time to file a notice of appeal was due on June 17, 2022. *See* TEX. R. APP. P. 26.1(b), 26.3.

On June 14, 2022, after the deadline to file the notice of appeal, Appellant filed a notice of appeal without filing a motion for extension of time to file a notice of appeal. *Contra* TEX. R. APP. P. 26.3(b). *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but within the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3].").

Nevertheless, we implied a motion for extension of time, *see id.*, and we ordered Appellant to file a motion that reasonably explained the need for an extension. *See* TEX. R. APP. P. 26.3 (citing TEX. R. APP. P. 10.5(b)); *In re E.K.C.*, 486 S.W.3d 614, 616 (Tex. App.—San Antonio 2016, no pet.).

Appellant timely filed a compliant motion as ordered.

Appellant's motion for extension of time to file a notice of appeal is GRANTED. Appellant's notice of appeal is deemed timely filed. *See id.* R. 26.3.

It is so **ORDERED** on June 28, 2022.

PER CURIAM

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT